V#110 #127841

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2009 AUG 27 PM 2: 44

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: CLAPP, ANGELA M.

Case No. 08-36193

Chapter 7

Judge: MARY ANN WHIPPLE

Debtor(s).

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| **Payee** | **Address** | **Amount** |
|---|---|---|
| American FINCO | 425 N. Martingale Rd., Suite 450<br>Schaumburg, IL 60173 | $4.40 |

Check for $4.40 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 8/25/2009

John N. Graham, Trustee